

1 NORTH BROADWAY, SUITE 900<br>WHITE PLAINS, NY 10601<br>Phone: (844) 431-0695<br>Fax: (845) 562-3492<br>www.fbfglaw.com

November 2, 2020

By ECF
Hon. Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Stanley v. Direct Energy Services, LLC*, Case No. 7:19-cv-03759-KMK

Dear Judge Karas:

Pursuant to Your Honor's instructions during the October 28, 2020 Status Conference, we write on behalf of Plaintiff Linda Stanley and Defendant Direct Energy Services, LLC to respectfully request a revised expert disclosure schedule.

The Court's Case Management Plan and Scheduling Order, ECF No. 40, provides that all fact discovery shall be completed by April 6, 2021. In light of the fact discovery deadline, the parties respectfully request that Paragraph 7 of the Court's Order be amended so that all expert disclosures, including reports, production of underlying documents and depositions are to be completed as follow:

> All *expert* disclosures, including reports, production of underlying documents and depositions are to be completed by September 6, 2021;
>
> Plaintiff's initial expert disclosures pursuant to Rule 26(a)(2) shall be made by June 14, 2021;
>
> Defendant's expert disclosures pursuant to Rule 26(a)(2) shall be made by July 19, 2021; and
>
> Plaintiff's rebuttal expert disclosures pursuant to Rule 26(a)(2) shall be made by August 16, 2021.

We thank the Court for its continued attention to this matter and its consideration of our request.

Respectfully Submitted,

| | |
|---|---|
| *s/ D. Greg Blankinship* | *s/ Matthew D. Matthews, Jr.* |
| D. Greg Blankinship | Michael D. Matthews, Jr. |
| Todd S. Garber | Andrew R. Kasner |
| Chantal Khalil | Diane S. Wizig |
| **FINKELSTEIN, BLANKINSHIP,** | **MCDOWELL HETHERINGTON LLP** |

| | |
|---|---|
| **FREI-PEARSON & GARBER, LLP**<br>1 North Broadway, Suite 900<br>White Plains, New York 10601<br>Tel: (914) 298-3281<br>Fax: (914) 824-1561<br>gblankinship@fbfglaw.com<br>tgarber@fbfglaw.com<br>ckhalil@fbfglaw.com | 1001 Fannin Street, Suite 2700<br>Houston, Texas 77002<br>Tel: (713) 337-5580<br>matt.matthews@mhllp.com<br>andrew.kasner@mhllp.com<br>diane.wizig@mhllp.com |
| Matt Schultz<br>Bill Cash<br>**LEVIN, PAPANTONIO, THOMAS,**<br>**MITCHELL, RAFFERTY & PROCTOR, P.A.**<br>316 South Baylen St.<br>Pensacola, Florida 32502<br>Tel: (850) 435-7059<br>mschultz@levinlaw.com<br>bcash@levinlaw.com | Steven M. Lucks<br>**FISHKIN LUCKS LLP**<br>277 Broadway, Suite 408<br>New York, New York 10007<br>Telephone: (646) 755-9200<br>slucks@fishkinlucks.com<br><br>*Counsel for Defendant* |

*Attorneys for Plaintiff and the Putative Class*