**FBFG** | **Finkelstein, Blankinship,**
**Frei-Pearson & Garber, LLP**

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

# MEMO ENDORSED

July 19, 2021

**Via ECF**
Hon. Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

## Re: *Stanley v. Direct Energy Services, LLC*, Case No. 7:19-cv-03759-KMK
### Letter Motion – Request for Adjournment

Dear Judge Karas:

We represent Plaintiffs in the above-referenced action. With Defendant Direct Energy Services, LLC, N.A., we write jointly to respectfully request that the July 22, 2021 status conference be adjourned in light of Plaintiff's impending motion for preliminary approval of a class action settlement.

We thank Your Honor for your consideration.

Respectfully Submitted,

*s/ D. Greg Blankinship*
D. Greg Blankinship
Todd S. Garber
Chantal Khalil
**Finkelstein, Blankinship,**
**Frei-Pearson & Garber, LLP**
1 North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com
tgarber@fbfglaw.com
ckhalil@fbfglaw.com

Matt Schultz
Bill Cash

*s/ Matthew D. Matthews, Jr.*
Michael D. Matthews, Jr.
Andrew R. Kasner
Diane S. Wizig
**McDowell Hetherington LLP**
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Tel: (713) 337-5580
matt.matthews@mhllp.com
andrew.kasner@mhllp.com
diane.wizig@mhllp.com

Steven M. Lucks
**Fishkin Lucks LLP**
277 Broadway, Suite 408
New York, New York 10007

**FBFG** | **Finkelstein, Blankinship,**
**Frei-Pearson & Garber, LLP**

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

**Levin, Papantonio, Thomas,**
**Mitchell, Rafferty & Proctor, P.A.**
316 South Baylen St.
Pensacola, Florida 32502
Tel: (850) 435-7059
mschultz@levinlaw.com
bcash@levinlaw.com

Telephone: (646) 755-9200
slucks@fishkinlucks.com

*Counsel for Defendant*

*Attorneys for Plaintiff and the Putative Class*

Granted.

So Ordered.

7/19/21