UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA STANLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIRECT ENERGY SERVICES, LLC,<br><br>　　　　　Defendant | Civil Action No. 7:19-cv-03759-KMK |

**NOTICE OF UNCONTESTED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Linda Stanley now moves, under Fed. R. Civ. P. 23, for an order approving the proposed settlement agreement signed by the parties.

Plaintiff seeks an order:

(1) preliminarily approving the proposed class action settlement;

(2) conditionally certifying the proposed class described in the settlement agreement for purposes of the settlement;

(3) naming Plaintiff as the class representative, and naming her counsel, D. Greg Blankinship, Todd S. Garber, and Chantal Khalil of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, and William F. Cash III and Matthew D. Schultz of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, & Mougey, P.A., as class counsel;

(4) directing that notice be given to all class members pursuant to the terms of the settlement agreement;

(5) finding that such notice constitutes the best notice practicable under the circumstances;

1

(6) scheduling various dates for requirements and/or obligations of the parties and class members as more fully described in the proposed order; and

(7) setting a hearing date for the final approval of the proposed settlement and an award of attorneys' fees and costs.

Defendant does not contest this motion.

In support of this motion, Plaintiff submits a memorandum of law and declarations of Mr. Blankinship and Mr. Cash. Attached as Exhibit 1 to the Declaration of D. Greg Blankinship is the settlement agreement and its exhibits (which include proposed notices, the proposed preliminary and final approval Orders, and proposed claim form). Attached to both declarations are the resumes of Plaintiff's law firms.

Dated: White Plains, New York
July 23, 2021

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**

By: /s/ D. Greg Blankinship
D. Greg Blankinship
Todd S. Garber
Chantal Khalil
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281

**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR, &
MOUGEY, P.A.**

By: /s/ William F. Cash III
William F. Cash III
Matthew D. Schultz
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7059

*Attorneys for Plaintiff Stanley*