UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA STANLEY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DIRECT ENERGY SERVICES, LLC,<br><br>　　　　　　　Defendant. | Civil Action<br><br><br>Case No: 7:19-cv-03759-KMK |

Plaintiff Linda Stanley requested that the Court approve the publication of the dial-in information for the final approving hearing on the class settlement website. That Request is approved.

　　Meeting Dial-In Number (USA toll-free):  (888) 363-4749
　　Access Code:  7702195 #

**SO ORDERED.**　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　Hon. Kenneth M. Karas, U.S.D.J.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3/3/2022