UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA STANLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIRECT ENERGY SERVICES, LLC,<br><br>　　　　　　Defendant. | Civil Action<br><br>Case No: 7:19-cv-03759-KMK |

## NOTICE OF UNCONTESTED MOTION
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on April 5, 2022 at 2:00 PM, Plaintiff in the above-captioned matter will move for final approval of class action settlement. In support of this motion, Plaintiff will submit a memorandum of law, the Declaration of D. Greg Blankinship, the Declaration of William F. Cash III, the Declaration of Ryan Chumley of Angeion Group, LLC, and the exhibits to the foregoing declarations.

Dated: White Plains, New York
　　　　March 7, 2022

　　　　　　　　　　　　　　　　　　　　**FINKELSTEIN, BLANKINSHIP,**
　　　　　　　　　　　　　　　　　　　　**FREI-PEARSON & GARBER, LLP**

　　　　　　　　　　　　　　　　　　　　By: _/s/ D. Greg Blankinship_
　　　　　　　　　　　　　　　　　　　　D. Greg Blankinship
　　　　　　　　　　　　　　　　　　　　Chantal Khalil
　　　　　　　　　　　　　　　　　　　　One North Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601

Tel: (914) 298-3281
gblankinship@fbfglaw.com
ckhalil@fbfglaw.com

Matthew D. Schultz (admitted *pro hac vice*)
William F. Cash III (admitted *pro hac vice*)
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, & MOUGEY, P.A.**
316 South Baylen Street Suite 600
Pensacola, FL 32502
(850) 435-7140
mschultz@levinlaw.com
bcash@levinlaw.com